| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>8/14/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Avenue<br>Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Independent Executor | Estate Four (no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 15 A 10: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | San Diego, travel, room, board. 10/09-10-12, Renaissance Humanism |
| 2. | Geo. Mason Univ. Law & Economics Center | Alexandria, Virginia, advisory board meeting, 10/13-10/14 |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

$\boxed{X}$  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

$\boxed{X}$  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2.  Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 12/30/1991 $185,500 |
| 3.  Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 12/30/1991 $332,112 |
| 4.  Tract Three, store, Colorado County, Texas | | | | | | | | | Sold in 2005 |
| 5.  Mortgage Tract Three | A | Interest | | T | Paid | 2/6 | K | | Charitable Trust 3rd Pty |
| 6.  ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 7.  Alliance Bernstein Tech | A | Distribution | K | T | | | | | |
| 8.  Jennison 20/20 Focus | A | Distribution | K | T | | | | | |
| 9.  Van Kampen Emerging Markets | A | Distribution | K | T | | | | | |
| 10. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 11. Strategic Partners Oppor. MCV | C | Distribution | K | T | | | | | |
| 12. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 13. Sun Micro | | | K | T | | | | | |
| 14. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 15. Chevron | C | Dividend | M | T | | | | | ex-Unocal |
| 16. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 17. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 19. ** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 20. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 21. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 22. Templeton Growth | B | Distribution | L | T | | | | | |
| 23. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 24. AIM International Growth | C | Distribution | N | T | | | | | |
| 25. AIM International Fund-Asia | B | Distribution | N | T | | | | | |
| 26. Belmar Capital Fund LLC | D | Distribution | P1 | T | | | | | |
| 27. Jennison Equity Opportunity | A | Distribution | N | T | | | | | |
| 28. AIM Basic Value | A | Distribution | N | T | | | | | |
| 29. Jennison US Emerging Growth | A | Distribution | N | T | | | | | |
| 30. Pioneer | A | Distribution | N | T | | | | | |
| 31. Legg Mason Aggressive Growth | A | Distribution | O | T | Evolution | | | | ex-Smith Barney by merger |
| 32. AIM Developing Markets | C | Distribution | O | T | | | | | |
| 33. **** Minerals ************ | | | | | ************ | | | | ****************** |
| 34. MI-03 | A | Royalty | J | W | | | | | Everest |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Minerals-Whit |
| 35. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 36. MI-16 | | Royalty | | | Shut | | | | Caswell Silver now Blue Door |
| 37. MI-19 | A | Royalty | J | W | | | | | McLane |
| 38. MI-21 | A | Royalty | K | W | | | | | Sun Oil |
| 39. MI-22 | A | Royalty | J | W | | | | | Devon Energy |
| 40. MI-31 | A | Royalty | L | W | | | | | Wagner Oil Shier |
| 41. MI-33 | | None | | | Undrilled | | | | Dudley Land Co. |
| 42. MI-35 | E | Rent | J | W | Lease | 5/24 | | | Everest-Thoro-Brown |
| 43. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 44. Wachovia | B | Interest | L | T | | | | | Note One |
| 45. ** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 46. JPMorgan-Chase | A | Interest | K | T | | | | | |
| 47. Compass Bank - T | A | Interest | K | T | | | | | |
| 48. Compass Bank - G | A | Interest | K | T | | | | | |
| 49. Compass Bank - P | A | Interest | J | T | | | | | |
| 50. Wells Fargo | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ????ING Large Cap Growth | | None | L | T | Sell | | | | |
| 52. ** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 53. Delaware US Growth | A | Distribution | O | T | | | | | |
| 54. Delaware International Equity | C | Distribution | M | T | | | | | |
| 55. Delaware Trend | A | Distribution | N | T | | | | | |
| 56. Van Kampen Emerging Markets | A | Distribution | M | T | | | | | |
| 57. Delaware Small Cap Value | A | Distribution | O | T | | | | | |
| 58. Jennison Equity Opportunity | D | Distribution | M | T | | | | | |
| 59. Delaware Divers Value | D | Distribution | O | T | | | | | ex USG&I, Lrg Cap Val |
| 60. Alliance Bern-Biotech | | None | | | | | | | Sold 2005 |
| 61. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 62. West University Place, 1996s | B | Interest | K | T | Redemption | 2/1 | J | | |
| 63. Weld County, Colorado, Schools | A | Interest | J | T | Redemption | 10/2 | K | | |
| 64. Adams County, Colorado, Schools | B | Interest | K | T | Redemption | 12/15 | K | | |
| 65. Round Rock, Texas, ISD | A | Interest | K | T | | | | | |
| 66. Arizona Student Housing | C | Interest | L | T | | | | | |
| 67. Bell County, Texas | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asst exempt from prior disclosure | B. Income during reporting period | | C. Gross value at nd of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Cinco, Texas Mun Util Dist | C | Interest | K | T | | | | | |
| 69. Hays, Texas, ISD - 2 | C | Interest | L | T | Redemption | 9/1 | K | | |
| 70. Illinois Health - 2 | | Interest | M | T | | | | | |
| 71. Hays, Texas ISD | B | Interest | K | T | Redemption | 4/10 | K | | |
| 72. Idaho Housing | A | Interest | J | T | Partial Call | 7/3 | J | | |
| 73. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 74. Maine 2000 | C | Interest | L | T | | | | | |
| 75. Carrolton, Texas | A | Interest | K | T | Buy | 9/7 | K | | |
| 76. New Braunfels | A | Interest | K | T | Buy | 10/16 | K | | |
| 77. ** End ******* | | ******* | | | ******** | | | | ************* |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One: Cash balances in brokerage and bank accounts bear interest at their contract rates.

Note Two: Capital gains distributions in mutual funds are automatically reinvested.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/14/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _August 14, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544